**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MONICA R. HAWKINS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:12-CV-1702-M-BH |
| ) | |
| STEVE HARVEY, ) | |
| Defendant. ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the plaintiff's claims will be **DISMISSED** without prejudice.

**SO ORDERED** this 26th day of July, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS